**Simon NEWMAN, Plaintiff—Appellant,**

v.

**Al HAYNES; K.M. White; Harrell Watts; Harley G. Lappin; USP Hazelton, and Staff, Defendants—Appellees.**

No. 07–7220.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 15, 2007.

Decided: Nov. 27, 2007.

Simon Newman, Appellant Pro Se.

Before WILLIAMS, Chief Judge, and MOTZ and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Simon Newman appeals the district court order adopting the recommendation of the magistrate judge and dismissing without prejudice Newman's civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the district court's reasoning that Newman did not exhaust his administrative remedies under the Federal Tort Claims Act, 28 U.S.C.A. § 2675(a) (2000). *See Newman v. Haynes,* No. 5:06–cv–00091–FPS, 2007 WL 1960610 (N.D.W.Va. July 2, 2007). We dispense with oral argument

because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*